# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NONSO EMMANUEL ONYEKWULUJE,<br>    Plaintiff,<br><br>v.<br><br>UR MENDOZA JADDOU, et al.<br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:    **CIVIL ACTION NO. 23-CV-0412**<br>:<br>:<br>: |

## ORDER

AND NOW, this 21st day of March, 2023, upon consideration of Plaintiff Nonso Emmanuel Onyekwuluje's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Nonso Emmanuel Onyekwuluje is **GRANTED** leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons in the Court's Memorandum. No leave to amend is granted.

4. The Clerk of Court shall **CLOSE** this case for all purposes, including statistics.

BY THE COURT:

_____
GENE E.K. PRATTER, J.